TRANSFERRED MDL

# U.S. District Court
## Northern District of Alabama (Western)
### CIVIL DOCKET FOR CASE #: 7:07-cv-01100-LSC

Allen v. Pfizer Inc. et al
Assigned to: Judge L Scott Coogler
Case in other court: Tuscaloosa County Circuit Court, 07-900125
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 06/11/2007
Date Terminated: 10/16/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

CV 07 5703 CRB

**Plaintiff**
**Michael A Allen**
*as the Administrator of the Estate of Nina Earline Ratliff, deceased*

represented by **Andy D Birchfield, Jr**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
1-334-269-2343
Email: andy.birchfield@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald B Taylor, Jr**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103-4160
205-269-2343
Fax: 334-954-7955
Email: jerry.taylor@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jere L Beasley**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
1-334-269-2343
Email: jere.beasley@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Navan Ward, Jr**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC

                234 Commerce Street
                PO Box 4160
                Montgomery, AL 36103-4160
                334-269-2343
                Fax: 334-954-7555
                Email: navan.ward@beasleyallen.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by  **G Steven Henry**
                BAKER DONELSON BEARMAN
                CALDWELL & BERKOWITZ PC
                SouthTrust Tower, Suite 1600
                420 North 20th Street
                Birmingham, AL 35203-5202
                328-0480
                Fax: 322-8007
                Email: shenry@bakerdonelson.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Lawrence B Clark**
                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ
                Suite 1600 Wachovia Tower
                420 20th Street North
                Birmingham, AL 35203
                205-328-0480
                Fax: 205-322-8007
                Email: lclark@bakerdonelson.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by  **G Steven Henry**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Lawrence B Clark**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**     represented by  **G Steven Henry**

|  |  |
|---|---|
|  | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**G.D. Searle, LLC** | represented by **G Steven Henry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**George A Fields** |  |
| **Defendant**<br>**Shad Fleeman** |  |
| **Defendant**<br>**Brian Robinson** |  |
| **Defendant**<br>**Robert L Vandelune** |  |
| **Defendant**<br>**Colburn's Northport Pharmacy, Inc.** | represented by **Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**G Steven Henry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | NOTICE OF REMOVAL by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc., from Tuscaloosa County Circuit Court, case number 07-900125. ( Filing fee $ 350 ), filed by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc. (Attachments: # 1 exhibits)(BST, ) (Entered: 06/13/2007) |

| | | |
|---|---|---|
| 06/11/2007 | 2 | MOTION to Stay all proceedings pending a transfer to MDL by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc.. (BST, ) (Entered: 06/13/2007) |
| 06/11/2007 | 3 | ANSWER to Complaint with jury demand by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc..(BST, ) (Entered: 06/13/2007) |
| 06/14/2007 | 4 | UNIFORM INITIAL ORDER - with appendices attached. Signed by Judge L Scott Coogler on 6/14/2007. (ADF) (Entered: 06/14/2007) |
| 06/14/2007 | 5 | NOTICE by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, George A Fields, Shad Fleeman, Brian Robinson, Colburn's Northport Pharmacy, Inc., Pfizer Inc. *Certificate of Filing of Notice of Removal* (Henry, G) (Entered: 06/14/2007) |
| 06/14/2007 | 6 | Corporate Disclosure Statement by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Colburn's Northport Pharmacy, Inc., Pfizer Inc.. (Henry, G) (Entered: 06/14/2007) |
| 06/15/2007 | 7 | MOTION to Remand by Michael A Allen. (Ward, Navan) (Entered: 06/15/2007) |
| 06/15/2007 | 8 | Brief re 7 MOTION to Remand *Plaintiff's Brief in Support of Motion to Remand* filed by Michael A Allen. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22)(Ward, Navan) (Entered: 06/15/2007) |
| 06/15/2007 | 9 | Opposition to *Defendants' Motion to Stay All Proceedings Pending Transfer to Multi-District Litigation Proceeding* filed by Michael A Allen. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Ward, Navan) (Entered: 06/15/2007) |
| 06/25/2007 | 10 | Supplement to 9 Plaintiff's Opposition to Defendants Motion to Stay All Proceedings Pending Transfer to Multi-District Litigation Proceeding filed by Michael A Allen. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit 1# 5 Exhibit 2)(Ward, Navan) Modified on 6/26/2007 (BST, ). (Entered: 06/25/2007) |
| 06/29/2007 | 11 | ANSWER to Complaint *of Colburn's Northport Pharmacy* by Colburn's Northport Pharmacy, Inc..(Henry, G) (Entered: 06/29/2007) |
| 07/05/2007 | 12 | RESPONSE in Opposition re 7 MOTION to Remand filed by Pfizer Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit b# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Henry, G) (Entered: 07/05/2007) |
| 07/06/2007 | 13 | REPLY to Response to Motion re 2 MOTION to Stay filed by Pfizer Inc.. (Attachments: # 1 Exhibit A-D# 2 Exhibit E-H)(Henry, G) (Entered: 07/06/2007) |

| 07/13/2007 | 14 | REPLY Brief filed by Plaintiff Michael A Allen re:13 Reply to Response to Motion *to Remand* filed by Michael A Allen. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E)(Ward, Navan) (Entered: 07/13/2007) |
|---|---|---|
| 08/16/2007 | 15 | MOTION to Expedite *Ruling on Motion for Remand* by Michael A Allen. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Ward, Navan) (Entered: 08/16/2007) |
| 08/28/2007 |  | NOTICE--The parties are NOTIFIED that due to administrative changes in the Tuscaloosa Courthouse, COURTESY COPIES in this cause shall now be sent to The Federal Building and Courthouse, 1118 Greensboro Avenue, Room 316, Tuscaloosa, Alabama 35401. The law clerk can be reached by telephone at 205-752-7040. (BST, ) (Entered: 08/28/2007) |
| 10/15/2007 | 16 | ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of California for inclusion in MDL 05-1699; case electronically sent to ND of CA; (BST) Modified on 10/16/2007 (BST, ). (Entered: 10/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/06/2007 12:06:00 | | | |
| PACER Login: | ▮ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 7:07-cv-01100-LSC |
| Billable Pages: | 3 | Cost: | 0.24 |